1 | L. Julius M. Turman (SBN 226126)
REED SMITH LLP
2 | 101 Second Street, Suite 1800
San Francisco, California 94105-3659
3 | Telephone: (415) 543-8700
Facsimile: (415) 391-8269
4 | Email: jturman@reedsmith.com
Barbra W. Diallo (SBN 249667)

REED SMITH LLP
6 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
7 | Telephone: 213.457.8135
Facsimile: 213.457.8080
8 | Email: bdiallo@reedsmith.com

9 | Attorneys for Defendants
EDUCATION MANAGEMENT CORPORATION
10 | and THE ART INSTITUTE OF CALIFORNIA –
SILICON VALLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE COURTHOUSE

| | |
|---|---|
| R. Lee Davis,<br><br>      Plaintiff,<br><br>      v.<br><br>Education Management Corporation and The Art Institute of California – Silicon Valley,<br><br>      Defendants. | Case No. 14-04777- EJD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE<br><br>Hearing:<br>Date:      April 7, 2016<br>Time:      9:00 a.m.<br>Location: Courtroom 4, 5th Floor<br><br>Compl. Filed: October 27, 2014<br>Trial Date:    TBD<br><br>*Honorable Edward J. Davila, U.S. D.J.* |

# [PROPOSED] ORDER

Good cause having been shown, this Court hereby grants Defendants Education Management Corporation's and The Art Institute of California – Silicon Valley's Motion to Dismiss Plaintiff Rufus Lee Davis' Complaint with prejudice.

For the reasons stated in Defendants' motion and in light of Plaintiff's failure to oppose the relief requested, this action is DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  The hearing scheduled for December 10, 2015, is VACATED.  Judgment will be entered in favor of Defendants and the Clerk shall close this file.

IT IS SO ORDERED.

DATED: December 4, 2015

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE