UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUFUS LEE DAVIS,<br><br>            Plaintiff,<br><br>        v.<br><br>EDUCATION MANAGEMENT<br>CORPORATION, et al.,<br><br>            Defendants. | Case No.  5:14-cv-04777-EJD<br><br>**JUDGMENT** |

This action having been dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  December 4, 2015

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California